**Lori D. Milstein, Esq. (Barcode LM1774)**
**SHAIN, SCHAFFER & RAFANELLO, P.C.**
**Suite 105, 150 Morristown Road**
**Bernardsville, New Jersey 07924**
**(908) 953-9300**
**Attorneys for JPMorgan Chase Bank, N.A.**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 PROCEEDING |
| | : | |
| CONSTANTINE PSAROUDIS, | : | Case No: 11-42785-NHL |
| | : | |
| | : | **NOTICE OF APPEARANCE** |
| | : | **REQUEST FOR NOTICE AND** |
| Debtor. | : | **SERVICE OF PAPERS** |
| | : | |

**PLEASE TAKE NOTICE** that JPMorgan Chase Bank, N.A. ("Chase"), by and through its attorneys Shain, Schaffer & Rafanello, P.C., hereby files its Notice of Appearance and Request for Notice and Service of Papers in this case pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("Fed. R. Bankr. P."), and respectfully requests that all notices given or required to be given and all papers served or required to be served, in this case and in all proceedings arising under or related thereto, be given to and served upon the following person:

> Lori D. Reynolds, Esq.
> Shain, Schaffer & Rafanello, P.C.
> Suite 105, 150 Morristown Road
> Bernardsville, New Jersey 07924
> (908) 953-9300

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in the Fed. R. Bankr. P. and additionally includes, without limitation, notice of any application, any plan of reorganization, objections thereto, notice of any orders, motions,

pleadings, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise and any other documents brought before this Court with respect to these proceedings.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is a limited appearance for notice and service purposes only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or demand trial by jury of any issue.

DATED: January 2, 2014

        **SHAIN, SCHAFFER & RAFANELLO, P.C.**
        *Attorneys for JPMorgan Chase Bank, N.A.*

    By: /s/ Lori D. Milstein
        LORI D. MILSTEIN, ESQ.

        150 Morristown Road
        Suite 105
        Bernardsville, New Jersey 07924
        T: 908-953-9300
        F: 908-953-2969
        lreynolds@shainlaw.com

        *and*

        872 Madison Avenue, Suite 2A
        New York, New York 10021